IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK W. RASMUSSEN, RECEIVER FOR ARISEBANK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-cv-01034-M |
| KURT F. MATTHEW, JR., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court previously granted Plaintiff's Motion for Summary Judgment against Defendant as to liability and damages and ordered that Plaintiff is entitled to $123,000 in damages, along with pre- and post-judgment interest.  [ECF No. 34].  In a separate Order, the Court denied Plaintiff's request for attorneys' fees.  [ECF No. 35].

It is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Mark W. Rasmussen, as Receiver for AriseBank, have and recover judgment from Defendant Kurt F. Matthew, Jr. for: 1) damages of $123,000; 2) pre-judgment interest at a rate of 5% per annum from April 24, 2018 to the date of this Final Judgment; 3) post-judgment interest at a rate of 0.15% per annum;[1] and 4) all attorneys' fees will be borne by the party incurring the same.  Court costs under 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d) are taxed against Defendant.

---

[1] In the Court's Order granting Plaintiff's Motion for Summary Judgment, the Court calculated that, as of the date of that Order, Plaintiff was entitled to post-judgment interest at a rate of 1.56% per annum.  The rate has been updated to reflect the new post-judgment interest rate applicable as of the date of this Final Judgment.  *See* 28 U.S.C. § 1961.

**SO ORDERED**.

April 10, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE